1050

[No. 23599-4-II.     Division Two.     March 3, 2000.]

MANKE LUMBER COMPANY, INC., *Appellant*, v. CENTRAL PUGET SOUND GROWTH MANAGEMENT HEARINGS BOARD, ET AL., *Respondents*.

OVERTON & ASSOCIATES, ET AL., *Appellants*, v. CENTRAL PUGET SOUND GROWTH MANAGEMENT HEARINGS BOARD, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 97-2-02979-3, William E. Howard, J., entered June 24, 1998. *Dismissed* by unpublished opinion per Bridgewater, C.J., concurred in by Houghton and Armstrong, JJ.

[No. 23738-5-II.     Division Two.     March 3, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. CLYDE R. GAIDOSH, *Appellant*.

Appeal from a judgment of the Superior Court for Pacific County, No. 98-1-00054-4, Joel M. Penoyar, J., entered September 11, 1998. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Bridgewater, C.J., and Seinfeld, J.

[No. 23780-6-II.     Division Two.     March 3, 2000.]

CHRISTINA NIELSON, *Appellant*, v. EISENHOWER & CARLSON, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 96-2-10119-8, M. Karlynn Haberly, J., entered August 20, 1998. *Affirmed* by unpublished opinion per Bridgewater, C.J., concurred in by Morgan and Armstrong, JJ. Now published at 100 Wn. App. 584.